UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT EUGENE JONES,
o/b/o K.D.W.,

    Plaintiff,                                    Case No. 12-10482

v.

                                                         Hon. John Corbett O'Meara
COMMISSIONER OF                  Hon. Mark A. Randon
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mark A. Randon's January 11, 2013 report and recommendation. Defendant filed objections to the report and recommendation on January 22, 2013. On February 5, 2013 Plaintiff filed a response to Defendant's objections.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Randon reached the correct conclusions. Accordingly, the court will overrule Defendant's objections.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                     s/John Corbett O'Meara
                                                     United States District Judge

Date: February 13, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 13, 2013, using the ECF system.

s/William Barkholz
Case Manager